# Court of Appeals
# of the State of Georgia

ATLANTA,___April 05, 2013_____

*The Court of Appeals hereby passes the following order:*

## A13A1167.  JAMES G. McCUTHEON v. ROBERT K. WELTON.

This appeal was docketed on February 12, 2013.  As set forth in Court of Appeals Rules 22 (a) and 23 (a), an appellant must file a brief and enumeration of errors within 20 days of the date of docketing of the appeal.  Therefore, appellant's brief and enumeration of errors were due no later than March 4, 2013.  Appellant has neither timely filed a brief and enumeration of errors, nor has he requested an extension of time in which to do so.  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/05/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*